1  RICHARD D. SCHRAMM, Esq. (#151696)
   ROBERT E. GREELEY, Esq. (#194289)
2  EMPLOYMENT RIGHTS ATTORNEYS
   111 N. Market St., Suite 900
3  San Jose, CA 95113
   (408) 971-9993
4  (408) 295-5008 Fax

5  Attorneys for Plaintiff Christina M. Lester

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINA M. LESTER, | CASE No. C-04-03074 SI |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| HON. NORMAN Y. MINETA, SECRETARY OF TRANSPORTATION | |
| Defendant. | |

**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

With consideration given to the Parties' stipulation in this matter, the Court orders:

The June 10, 2005 Case Management Conference will be rescheduled to Friday, July 1, 2005 at __2:30__ PM, to be held in Courtroom 10 on the 19th Floor.

Dated: _____

IT IS SO ORDERED

Judge Susan Illston