| | |
|---|---|
| 1 | ROBERT E. GREELEY, Esq. (#194289) |
| | LAW OFFICES OF ROBERT E. GREELEY |
| 2 | 31 N. Second Street, Suite 300 |
| | San Jose, CA  95113 |
| 3 | (408) 277-6800 |
| | (408) 993-1121  Fax |
| 4 | Email: robert@robertgreeleylaw.com |
| 5 | Attorneys for Plaintiff Christina M. Lester |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CHRISTINA M. LESTER, | ) | CASE No.  C-04-3074 SI |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SUBSTITUTION OF** |
| | ) | **COUNSEL FOR PLAINTIFF** |
| vs. | ) | **CHRISTINA M. LESTER** |
| | ) | |
| HON. NORMAN Y. MINETA, SECRETARY | ) | |
| OF TRANSPORTATION; TOMMY BARCLAY, | ) | |
| RANDY PARK, JOHN CLANCY, ADRIAN | ) | |
| ARNOLD, and JEROME BETTIS, individually | ) | |
| and in their official capacities, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:**

PLEASE TAKE NOTICE that the Clerk is hereby asked to enter the appearance of **Law Offices of Robert E. Greeley**, and to withdraw the appearance of Employment Rights Attorneys, the firm which formerly represented the Plaintiff.  The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and communications from the Court will in the future be directed to Robert E. Greeley at the above mailing address, telephone number, facsimile number and e-mail address.  Please also take notice that, from the date of this request, service on the Plaintiff should be made on Robert E. Greeley only.  Please amend service lists accordingly.

NOTICE OF SUB. OF COUNSEL FOR PLTF         CASE No. C-04-3074 SI                                              -1-

DATED: October 18, 2005            Respectfully submitted,


                                   _____/e-signed/_____
                                   ROBERT E. GREELEY, Esq.
                                   LAW OFFICES OF ROBERT E. GREELEY
                                   Attorneys for Plaintiff Christina M. Lester



NOTICE OF SUB. OF COUNSEL FOR PLTF        CASE No. C-04-3074 SI            -2-