IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA M. LESTER, | No. C 04-03074 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| NORMAN Y. MINETA, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 9, 2005 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is July 21, 2006.

DESIGNATION OF EXPERTS: 7/31/06; REBUTTAL: 8/11/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 31, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by September 8, 2006;

    Opp. Due September 22, 2006;  Reply Due September 29, 2006;

    and set for hearing no later than October 13, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 21, 2006 at 3:30 PM.

JURY TRIAL DATE: December 4, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties stipulate that the two cases maybe consolidated for all purposes. C-05-0965 shall be terminated and all filings should be made in C-04-3074.

Initial disclosures must be produced on 12/1/05.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 10/31/05

SUSAN ILLSTON
United States District Judge