| | |
|---|---|
| 1 | ROBERT E. GREELEY, Esq. (#194289) |
| 2 | LAW OFFICES OF ROBERT E. GREELEY<br>31 N. Second Street, Suite 300 |
| 3 | San Jose, CA 95113<br>(408) 277-6800 |
| 4 | (408) 993-1121 Fax |
| 5 | Attorneys for Plaintiff Christina M. Lester |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CHRISTINA M. LESTER, | ) | CASE No. C-04-3074 SI |
| Plaintiff, | ) | |
| | ) | **NOTICE OF VOLUNTARY** |
| vs. | ) | **DISMISSAL WITHOUT PREJUDICE** |
| | ) | |
| HON. NORMAN Y. MINETA, SECRETARY OF TRANSPORTATION; TOMMY BARCLAY, RANDY PARK, JOHN CLANCY, ADRIAN ARNOLD, and JEROME BETTIS, individually and in their official capacities, | ) | |
| Defendants. | ) | |

Plaintiff CHRISTINA M. LESTER, by and through her undersigned attorneys, hereby dismisses the following Defendants without prejudice: TOMMY BARCLAY, RANDY PARK, and JOHN CLANCY.

Respectfully submitted:

Dated: October 31, 2005

ROBERT E. GREELEY, Esq.
LAW OFFICES OF ROBERT E. GREELEY
Attorneys for Plaintiff Christina M. Lester

dismissal

IT IS SO ORDERED

*/s/ Susan Illston*
Judge Susan Illston