United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9  **ORDER GRANTING MOTION TO**
   **DISMISS CLAIMS AGAINST**
10 **DEFENDANTS ARNOLD AND BETTIS**
11
12
...
28