| | |
|---|---|
| 1 | KEVIN V. RYAN (SBN 118321)<br>United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143)<br>Chief, Civil Division |
| 3 | OWEN P. MARTIKAN (SBN 177104)<br>Assistant United States Attorney |
| 4 | 450 Golden Gate Avenue, 10th Floor<br>San Francisco, California 94102-3495 |
| 5 | Telephone: (415) 436-7241<br>Facsimile: (415) 436-6748 |
| 6 | Email: owen.martikan@usdoj.gov |
| 7 | Attorneys for DOT and USA |
| 8 | ROBERT E. GREELEY, Esq. (#194289)<br>LAW OFFICE OF ROBERT E. GREELEY |
| 9 | 31 N. Second Street, Suite 300<br>San Jose, CA 95113 |
| 10 | (408) 277-6800<br>(408) 993-1121 Fax |
| 11 | |
| 12 | Attorneys for Plaintiff Christina M. Lester |
| 13 | CRAIG S. FOX, Esq. (#95386)<br>KING, SNELL, MILDWURM, & FOX |
| 14 | 39650 Liberty Street, Suite 420<br>Fremont, CA 94538-2261 |
| 15 | (510) 770-5770 |
| 16 | Attorneys for Defendant James Silk |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CHRISTINA M. LESTER, | ) | CASE No. C-04-3074 SI |
| | ) | E-FILING CASE |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO DISMISS** |
| vs. | ) | **DEFENDANTS ARNOLD AND** |
| | ) | **BETTIS AND TO WITHDRAW** |
| HON. NORMAN Y. MINETA, SECRETARY | ) | **MOTION TO DISMISS** |
| OF TRANSPORTATION; JAMES SILK; | ) | |
| ADRIAN ARNOLD, and JEROME BETTIS, | ) | |
| individually and in their official capacities, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

---

**Stipulation to Dismiss D's Arnold & Bettis**  Case No. C-04-3074 SI  -1-

1  The parties in this action hereby stipulate to the dismissal, with prejudice, of Defendants
2  Adrian Arnold and Jerome Bettis, and all claims against each of them.  The parties further stipu-
3  late to the withdrawal of the pending Motion to Dismiss with respect to Defendants Arnold and
4  Bettis, with each party to bear its own costs related to the motion.

5

6  DATED: April 13, 2006          Respectfully submitted,

7
                                  KEVIN V. RYAN
8                                 United States Attorney

9         /s/
                                  _____
10                                OWEN P. MARTIKAN
                                  Assistant United States Attorney
11                                Attorneys for Defendants USA and DOT

12  DATED: April 13, 2006         LAW OFFICES OF ROBERT E. GREELEY
13
          /s/
14                                _____
                                  ROBERT E. GREELEY
15                                Attorney for Plaintiff

16  DATED: April 13, 2006         KING, SNELL, MILDWURM & FOX
17
          /s/
18                                _____
                                  CRAIG S. FOX
19                                Attorney for Defendant James Silk

20

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

**IT IS SO ORDERED**
/s/ Susan Illston
Judge Susan Illston

**Stipulation to Dismiss D's Arnold & Bettis**     Case No. C-04-3074 SI     -2-