1   KEVIN V. RYAN (SBN 118321)
    United States Attorney
2   JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
3   OWEN P. MARTIKAN (SBN 177104)
    Assistant United States Attorney
4        450 Golden Gate Avenue, 10th Floor
        San Francisco, California 94102-3495
5        Telephone: (415) 436-7241
        Facsimile: (415) 436-6748
6        Email: owen.martikan@usdoj.gov

7   Attorneys for DOT and USA

8   ROBERT E. GREELEY, Esq. (#194289)
    LAW OFFICE OF ROBERT E. GREELEY
9   31 N. Second Street, Suite 300
    San Jose, CA 95113
10   (408) 277-6800
    (408) 993-1121 Fax
11
    Attorneys for Plaintiff Christina M. Lester
12
    CRAIG S. FOX, Esq. (#95386)
13   KING, SNELL, MILDWURM, & FOX
    39650 Liberty Street, Suite 420
14   Fremont, CA 94538-2261
    (510) 770-5770
15
    Attorneys for Defendant James Silk
16

17

18              UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA
19
              SAN FRANCISCO DIVISION
20

21   CHRISTINA M. LESTER,          )  CASE No. C-04-3074 SI
                         )  E-FILING CASE
22         Plaintiff,           )
                         )  **STIPULATION TO DISMISS**
23      vs.                    )  **DEFENDANTS ARNOLD AND**
                         )  **BETTIS AND TO WITHDRAW**
24   HON. NORMAN Y. MINETA, SECRETARY  )  **MOTION TO DISMISS**
    OF TRANSPORTATION; JAMES SILK;    )
25   ADRIAN ARNOLD, and JEROME BETTIS,  )
    individually and in their official capacities,  )
26                          )
          Defendants.        )
27   _____ )

28

  **Stipulation to Dismiss D's Arnold & Bettis**      Case No. C-04-3074 SI       -1-

1    The parties in this action hereby stipulate to the dismissal, with prejudice, of Defendants

2  Adrian Arnold and Jerome Bettis, and all claims against each of them.  The parties further stipu-

3  late to the withdrawal of the pending Motion to Dismiss with respect to Defendants Arnold and

4  Bettis, with each party to bear its own costs related to the motion.

5

6  DATED: April 13, 2006              Respectfully submitted,

7

8                                     KEVIN V. RYAN
                                      United States Attorney

9                                          /s/

10                                    _____
                                      OWEN P. MARTIKAN
11                                    Assistant United States Attorney
                                      Attorneys for Defendants USA and DOT

12

     DATED: April 13, 2006              LAW OFFICES OF ROBERT E. GREELEY
13

14                                         /s/

                                      _____
15                                    ROBERT E. GREELEY
                                      Attorney for Plaintiff

16

     DATED: April 13, 2006              KING, SNELL, MILDWURM & FOX
17

18                                         /s/

                                      _____
19                                    CRAIG S. FOX
                                      Attorney for Defendant James Silk

20

21

22

23

24                         IT IS SO ORDERED

25                         _Susan Illston_ (signature)
                           Judge Susan Illston
26

27

28

---

**Stipulation to Dismiss D's Arnold & Bettis**          Case No.  C-04-3074 SI                    -2-