*Law Offices of Robert E. Greeley*
*31 N. Second Street, Ste. 300*
*San Jose, CA  95113*

*(408) 277-6800: Voice*
*(408) 993-1121: Fax*



June 1, 2006

[E-Filed]

Hon. James Larson
U.S. District Court
450 Golden Gate Ave., 15th Flr.
San Francisco, CA 94102

    Re: <u>Lester v. Mineta, Silk: Case #: 04-3074 SI: Settlement Conference</u>

Dear Judge Larson:

    By agreement of all the parties and their respective counsel, we hereby request to move the settlement conference in this case from tomorrow, June 2, at 10 a.m., to Tuesday, June 6, at 10 a.m.  We understand that that date and time is available on your calendar.  Thank you for considering our request.

    Sincerely yours,

    ROBERT E. GREELEY, Esq.
    LAW OFFICES OF ROBERT E. GREELEY

cc:    Client, Christina Lester
    Owen Martikan, Esq., Counsel for Mineta/DOT
    Craig S. Fox, Esq., Counsel for Jim Silk

jlarson02.wpd