ROBERT E. GREELEY, Esq. (#194289)
LAW OFFICES OF ROBERT E. GREELEY
31 N. Second Street, Suite 300
San Jose, CA 95113
(408) 277-6800
(408) 993-1121 Fax
Email: robert@robertgreeleylaw.com

Attorneys for Plaintiff Christina M. Lester

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINA M. LESTER, | CASE No. C-04-3074 SI |
| Plaintiff, | E-FILING CASE |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY, PRETRIAL, AND TRIAL DATES IN CASE** |
| HON. NORMAN Y. MINETA, SECRETARY OF TRANSPORTATION; JAMES SILK; | |
| Defendants. | |

IT IS STIPULATED BY AND THROUGH THE PARTIES, subject to the approval of the Court, that the dates specified in Judge Illston's October 31, 2005 Pretrial Preparation Order relating to discovery, pretrial, and trial are all to be extended by approximately two months. Thus, the following new dates will supersede the dates in the October 31, 2005 Order:

NON-EXPERT DISCOVERY CUTOFF is September 22, 2006

DESIGNATION OF EXPERTS: October 2, 2006; REBUTTAL: October 13, 2006

    Parties SHALL conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 26, 2006

DISPOSITIVE MOTIONS SHALL be filed by November 3, 2006;

    Opp. Due: November 17, 2006, Reply Due: November 24, 2006

and set for hearing no later than December 8, 2006 at 9:00 AM.

February 27, 2007

1 PRETRIAL CONFERENCE DATE: ~~January 23,~~ 2007 at 3:30 PM.
March 12, 2006
2 JURY TRIAL DATE: ~~February 5, 2007~~ at 8:30 AM.

3     Courtroom 4, 17th floor.

4

                    Respectfully submitted,

5

6 LAW OFFICES OF    KEVIN V. RYAN    KING, SNELL,
   ROBERT E. GREELEY    United States Attorney    MILDWURM & FOX
7

8
DATED: June 7, 2006                    /s/
9                                       ROBERT E. GREELEY
                                      Attorney for Plaintiff Christina M. Lester
10

11 DATED: June 7, 2006                /s/
                                      OWEN P. MARTIKAN
12                                       Assistant United States Attorney
                                      Attorneys for Federal Defendants
13

14 DATED: June 7, 2006                /s/
                                      CRAIG S. FOX
15                                       Attorney for Defendant James Silk

16

17

18 IT IS SO ORDERED.

19
Dated: June __, 2006
20                                       SUSAN ILLSTON
                                      U.S. District Court Judge
21                                       Northern District of California

22

23

24

25

26

27

28