| | |
|---|---|
| 1 | ROBERT E. GREELEY, Esq. (#194289) |
| 2 | LAW OFFICES OF ROBERT E. GREELEY<br>31 N. Second Street, Suite 300<br>San Jose, CA  95113 |
| 3 | (408) 277-6800 |
| 4 | (408) 993-1121  Fax<br>Email: robert@robertgreeleylaw.com |
| 5 | Attorneys for Plaintiff Christina M. Lester |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CHRISTINA M. LESTER,<br><br>    Plaintiff,<br><br>    vs.<br><br>HON. NORMAN Y. MINETA, SECRETARY OF TRANSPORTATION; JAMES SILK;<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE No.  C-04-3074 SI<br>E-FILING CASE<br><br>**[AMENDED] STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY, PRETRIAL, AND TRIAL DATES IN CASE** |

IT IS STIPULATED BY AND THROUGH THE PARTIES, subject to the approval of the Court, that the dates specified in Judge Illston's October 31, 2005 Pretrial Preparation Order, as amended by the June 9, 2006 Stipulated Order, relating to discovery, pretrial, and trial are all to be extended by approximately two months.  The reason for extending the discovery dates is that, although the parties have been cooperating in good faith, discovery has been more complicated than anticipated, and the parties will require an additional two months in order to complete it. The reason for extending the trial date is that dispositive motions will necessarily need to be pushed into January, because of the extension on the discovery dates, and the existing trial date of February 5 is earlier than the dispositive motions could fairly be heard, given the extension on the discovery and dispositive motion dates.  Thus, the following new dates will supersede the dates in the June 9, 2006 Stipulated Order:

**Stip. and [Prop.] Order to Extend Dates in Case**        Case No.  C-04-3074 SI        -1-

1 NON-EXPERT DISCOVERY CUTOFF is November 22, 2006

2 DESIGNATION OF EXPERTS: December 4, 2006; REBUTTAL: December 8, 2006

3     Parties SHALL conform to Rule 26(a)(2).

4 EXPERT DISCOVERY CUTOFF is December 21, 2006

5 DISPOSITIVE MOTIONS SHALL be filed by January 12, 2007;

6     Opp. Due: January 26, 2007, Reply Due: February 2, 2007

7     and set for hearing no later than February 16, 2007 at 9:00 AM.

8 PRETRIAL CONFERENCE DATE: May 1, 2007 at 3:30 PM.

9 JURY TRIAL DATE: May 14, 2007 at 8:30 AM.

10     Courtroom 4, 17th floor.

                              Respectfully submitted,

| LAW OFFICES OF | KEVIN V. RYAN | KING, SNELL, |
|---|---|---|
| ROBERT E. GREELEY | United States Attorney | MILDWURM & FOX |

DATED: August 15, 2006                 /s/
                                      ROBERT E. GREELEY
                                      Attorney for Plaintiff Christina M. Lester

DATED: August 15, 2006                 /s/
                                      OWEN P. MARTIKAN
                                      Assistant United States Attorney
                                      Attorneys for Federal Defendants

DATED: August 15, 2006                 /s/
                                      CRAIG S. FOX
                                      Attorney for Defendant James Silk

IT IS SO ORDERED.

Dated: August __, 2006

                                      SUSAN ILLSTON
                                      U.S. District Court Judge
                                      Northern District of California