# KING, SNELL, MILDWURM & FOX

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
39650 LIBERTY STREET, SUITE 420
FREMONT, CALIFORNIA 94538-2261

TELEPHONE (510) 770-5770
FAX (510) 651-8043

BERNARD M. KING
ALAN W. MILDWURM
CRAIG S. FOX
FRED W. THOMPSON
___
OF COUNSEL
JAMES C. SNELL

LeROY A. BROUN
(1905-1982)
___
ALLEN G. NORRIS
(1901-1978)

September 25, 2006

Honorable James Larson
United States District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Via E-Filing

**IT IS SO ORDERED**
*Judge James Larson*

Re: Christina Lester v. Norman Y. Mineta, et al.
    Case No. C 04-3074 (SI) (JL)

Dear Judge Larson:

This is to advise you that the parties to this case and their attorneys have agreed that the settlement conference set for Tuesday, October 3, 2006, at 10 a.m., may be continued to Wednesday, December 6, 2006, at 2 p.m. It is my understanding that the date and time are available on your calendar.

The reason for the continuance is that the trial date and all dates associated therewith have been continued so that discovery could be completed.

Thank you for your consideration of this matter.

Very truly yours,

CRAIG S. FOX

CSF:MK

cc: Owen P. Martikan
    Robert E. Greeley