*Law Offices of Robert E. Greeley*
*31 N. Second Street, Ste. 300*
*San Jose, CA 95113*

*(408) 277-6800: Voice*
*(408) 993-1121: Fax*

October 3, 2006

Hon. Susan Illston
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

    Re: <u>Case #C-04-3074 SI: Request to Continue CMC</u>

Dear Judge Illston:

    The parties hereby request that the Case Management Conference currently scheduled for Friday, October 6 at 2:30 p.m., be continued to Thursday, October 19 at 2:30 p.m. This change is necessary because of a family emergency for Plaintiff's counsel. Thank you.

                              Respectfully submitted,

| LAW OFFICES OF | KEVIN V. RYAN | KING, SNELL, |
| ROBERT E. GREELEY | United States Attorney | MILDWURM & FOX |

DATED: October 3, 2006
                              /s/
                             ROBERT E. GREELEY
                             Attorney for Plaintiff Christina M. Lester

DATED: October 3, 2006
                              /s/
                             OWEN P. MARTIKAN
                             Assistant United States Attorney
                             Attorneys for Federal Defendants

DATED: October 3, 2006
                              /s/
                             CRAIG S. FOX
                             Attorney for Defendant James Silk

IT IS SO ORDERED.

Dated: October ___, 2006
                             _____
                             SUSAN ILLSTON
                             U.S. District Court Judge
                             Northern District of California