ROBERT E. GREELEY, Esq. (#194289)
LAW OFFICES OF ROBERT E. GREELEY
31 N. Second Street, Suite 300
San Jose, CA 95113
(408) 277-6800
(408) 993-1121 Fax
Email: robert@robertgreeleylaw.com

PHILLIP J. GRIEGO , Esq. (#76616)
ROBERT E. NUDDLEMAN, Esq. (#190269)
PHILLIP J. GRIEGO & ASSOCIATES
95 South Market Street, Suite 500
San Jose, Ca 95113
(408) 295-6341
(408) 2951959 Fax
Email: Robert@griegolaw.com

Attorneys for Plaintiff Christina M. Lester

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINA M. LESTER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HON. NORMAN Y. MINETA,<br>SECRETARY OF TRANSPORTATION;<br>JAMES SILK,<br><br>　　　　　Defendants. | ) CASE No. C-04-3074 SI<br>) E-FILING CASE<br>)<br>) **STIPULATION AND**<br>) **[PROPOSED] ORDER TO EXTEND**<br>) **BRIEFING AND HEARING DATE FOR**<br>) **FINAL DISPOSITIVE MOTIONS**<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS STIPULATED BY AND THROUGH THE PARTIES, subject to the approval of the

Court, that the dates specified by Judge Illston related to the last date to file, oppose, reply

to and for a hearing on dispositive motions should be extended.   On December 19, 2006,

Judge Illston granted Defendant's motion to compel an Independent Medical Examination

[Document 88 in court's file]. The court exempted the Defendant's expert from the December 21, 2006 expert report deadline and ordered each examiner to provide reports within 21 days of the exam. The court extended the deadline to file dispositive motions to January 31, 2007. The court did not specifically state, although it is presumed, that the court extended all other dates related to the filing and hearing of dispositive motions.

Due to the examiner's schedule, the psychiatric examination cannot occur before January 10, 2007. As a result, the expert reports would be due the same date as dispositive motions. Plaintiff will require Defendant's expert reports to evaluate whether to file a dispositive motion and may need to depose Defendant's experts prior to filing dispositive motions. Under the current scheduling there will be insufficient time to review the expert reports, take expert depositions and evaluate whether to file an appropriate dispositive motion.

Therefore, the parties stipulate that the last date to file dispositive motions, and all dates related thereto, be extended approximately three weeks. The parties propose the following schedule:

Last Date to File Dispositive Motions: <u>February 23, 2007</u>.

Last Date to File Opposition to Dispositive Motions: <u>March 7, 2007</u>.

Last Date to File Reply to Dispositive Motions: <u>March 16, 2007</u>.

Hearing on Dispositive Motions: <u>March 30, 2007 at 9:00 a.m.</u>

Respectfully Submitted,


Dated: December 26, 2007                    <u>/s/</u>
ROBERT E. NUDDLEMAN
Attorney for Plaintiff, Christina Lester

Dated: December 26, 2007

_____/s/_____
OWEN P. MARTIKAN
Attorney for Federal Defendants


PURSUANT TO THE PARTIES STIPULATION, It is hereby ordered that:

The last date to file dispositive motions is February 23, 2007.

The last date to file an opposition to dispositive motions is March 7, 2007.

The last date to file a reply to dispositive motions is March 16, 2007.

The last date for a hearing on dispositive motions shall be  March 30, 2007 at 9:00 a.m.


Dated: _____     _____
SUSAN ILLSTON
U.S. District Court Judge
Northern District of California