1  CRAIG S. FOX, ESQ. (SBN 95386)
   KING, SNELL, MILDWURM & FOX
2  A Professional Corporation
   39650 Liberty Street, Suite 420
3  Fremont, CA 94538-2261
   Telephone: (510) 770-5770
4
   Attorneys for Defendant
5  James Silk

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11  CHRISTINA M. LESTER,              | No. C-04-3074 SI (JL)
12                 Plaintiff,          | STIPULATION OF DISMISSAL AS TO
                                       | DEFENDANT JAMES SILK
13       vs.
14  HON. NORMAN Y. MINETA,
    SECRETARY OF TRANSPORTATION;
15  JAMES SILK,
16                 Defendants.
17

18

19       IT IS HEREBY STIPULATED by and between the parties to this action through their

20  designated counsel that defendant James Silk is hereby dismissed with prejudice from the

21  above-captioned action pursuant to Federal Rules of Civil Procedure 41(a)(1), with each

22  party to bear his or her own attorney's fees and costs.

23  Dated: ~~December ___, 2006.~~         Law Offices of Robert E. Greeley
           January 12, 2007
24                                         By: _____
                                               Robert E. Greeley
25                                             Attorney for Plaintiff

26  _____
                         KING, SNELL, MILDWURM & FOX
27  C:\Corel\Suite8\May\Civil-LIT\SILK\Silk2.stp 12/15/06    39650 Liberty St., Ste. 420               PAGE 1
                                                   Fremont, CA 94538-2261 (510) 770-5770
28              STIPULATION OF DISMISSAL AS TO DEFENDANT JAMES SILK

Dated: ~~December~~ 1/31/07 ~~, 2006.~~

Kevin V. Ryan
United States Attorney

By: _____
Owen P. Martikan
Assistant United States Attorney
Attorney for Defendants USA and DOT

Dated: ~~December~~ January 25, 2007 ~~, 2006.~~

King, Snell, Mildwurm & Fox

By _____
Craig S. Fox
Attorneys for Defendant
James Silk

**GRANTED**

*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C:\Core\Suite8\May\Civil-Lit\Silk\Silk2.Stip 12/15/06

KING, SNELL, MILDWURM & FOX
39850 Liberty St., Ste. 420
Fremont, CA 94538-2261 (510) 770-8770

PAGE 2

STIPULATION OF DISMISSAL AS TO DEFENDANT JAMES SILK