1  SCOTT N. SCHOOLS (SBN SC 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  OWEN P. MARTIKAN (SBN 177104)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 9th Floor
5      San Francisco, California 94102-3495
       Telephone:   (415) 436-7241
6      Facsimile:   (415) 436-6748
       Email: owen.martikan@usdoj.gov
7
   Attorneys for Defendants USA and DOT
8
                   UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                   SAN FRANCISCO DIVISION
11
   CHRISTINA M. LESTER,              )   No. C 04-3074 SI
12                                   )   **E-FILING CASE**
                          Plaintiff, )
13                                   )   **[PROPOSED] ORDER GRANTING**
              v.                     )   **MOTION TO FILE DOCUMENTS**
14                                   )   **UNDER SEAL**
   NORMAN Y. MINETA, et al.,         )
15                                   )   Date: March 30, 2007
                         Defendants. )   Time: 9:00 a.m.
16 _____ )   Ctrm: 10, 19th Floor

17      Pursuant to the parties' agreement and for good cause shown, defendants' administrative

18 motion to file documents under seal is GRANTED.  The Clerk of the Court shall file the

19 following documents under seal:

20      1.   Defendants' Motion for Summary Judgment;

21      2.   Proposed Order On Defendants' Motion for Summary Judgment;

22      3.   Declaration of Owen Martikan and Exhibits A-AA;

23      4.   Declaration of Stephen Goodman, M.D.

24      SO ORDERED.

25 Dated:

26

27                                       _____
                                         HON. SUSAN ILLSTON
28                                       United States District Judge