SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7241
Facsimile: (415) 436-6748
Email: owen.martikan@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINA M. LESTER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NORMAN Y. MINETA, Secretary of the<br>U.S. Department of Transportation, et al.<br><br>　　　　　　Defendants. | No. C 04-3074 SI<br>**E-FILING CASE**<br><br>**STIPULATION AND [PROPOSED] ORDER<br>TO CONTINUE PRE-TRIAL FILING DATE<br>DUE TO SETTLEMENT NEGOTIATIONS** |

　　　　The parties stipulate and respectfully ask the Court to postpone by one week the due date for submission of pretrial papers pending their settlement discussions. The current due date is April 17, 2007; the proposed due date is April 24, 2007. The parties may be close to settlement, but the terms of the potential settlement require input from another federal agency – the Office of Personnel Management – that has not previously been involved in this lawsuit. The parties require one week to contact OPM, and to determine whether the contemplated settlement is possible.

STIP TO MOVE PRETRIAL DATE AND [PROPOSED] ORDER
DOCKET NO. C 04-3074 SI

The current pretrial conference date is May 1, 2007. The current trial date is May 14, 2007.

**SO STIPULATED.**

DATED: April 12, 2007

          SCOTT N. SCHOOLS
          United States Attorney

          _____/s/_____
          OWEN P. MARTIKAN
          Assistant United States Attorney
          Attorneys for Federal Defendants

DATED: April 12, 2007          LAW OFFICES OF ROBERT E. GREELEY

          _____/s/_____
          ROBERT E. GREELEY
          Attorney for Plaintiff

# [PROPOSED] ORDER

By stipulation of the parties and for good cause shown, the due date for pretrial submissions in this case is hereby extended from April 17, 2007 to April 24, 2007.

DATED: _____          _____
          HON. SUSAN ILLSTON
          United States District Judge