```
SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    Facsimile:  (415) 436-6748
    Email: owen.martikan@usdoj.gov

Attorneys for Federal Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINA M. LESTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORMAN Y. MINETA, Secretary of the ) <br> U.S. Department of Transportation, et al. ) <br> ) <br> Defendants. ) <br> _____ ) | No. C 04-3074 SI <br> **E-FILING CASE** <br><br><br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL FILING DATE DUE TO SETTLEMENT NEGOTIATIONS** |

     The parties stipulate and respectfully ask the Court to postpone by two days the due date for submission of pretrial papers pending finalization of their settlement. The current due date is April 24, 2007; the proposed due date is April 26, 2007. The parties have reached agreement to settle the case and require the additional time to finalize the language of their settlement agreement.

     The current pretrial conference date is May 1, 2007. The current trial date is May 14, 2007.

**SO STIPULATED.**

///

///

///

STIP TO MOVE PRETRIAL DATE AND [PROPOSED] ORDER
DOCKET NO. C 04-3074 SI

DATED: April 20, 2007

SCOTT N. SCHOOLS
United States Attorney

\_\_/s/ Sara Winslow for_____
OWEN P. MARTIKAN
Assistant United States Attorney
Attorneys for Federal Defendants

DATED: April 20, 2007

LAW OFFICES OF ROBERT E. GREELEY

\_\_\_/s/_____
ROBERT E. GREELEY
Attorneys for Plaintif

**[PROPOSED] ORDER**

By stipulation of the parties and for good cause shown, the due date for pretrial submissions in this case is hereby extended from April 24, 2007 to April 26, 2007.

DATED: 4/23/07

APPROVED
Judge Susan Illston

HON.
United

STIP TO MOVE PRETRIAL DATE AND [PROPOSED] ORDER
DOCKET NO. C 04-3074 SI                    2